# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAUGHN EVANS,<br><br>               Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. CV 14-05028-JEM<br><br>**JUDGMENT** |

     In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this case REMANDED for further proceedings in accordance with this Memorandum Opinion and Order and with law.

DATED: March 12, 2015

                                                                    */s/ John E. McDermott*<br>
                                                                   JOHN E. MCDERMOTT<br>
                                             UNITED STATES MAGISTRATE JUDGE